# IN THE SUPREME COURT OF THE STATE OF NEVADA

SEAN EVENDEN, AN INDIVIDUAL;
AND ROGER AYALA, AN INDIVIDUAL,
Appellants,
vs.
NANCY HAACK, AN INDIVIDUAL;
AND NRS REALTY GROUP, LLC, D/B/A
LIFE REALTY,
Respondents.

No. 81473

FILED

APR 1 6 2021

ELIZABETH A BROWN
CLERK SUPREME COURT
BY
DEPUTY CLERK

## ORDER DISMISSING APPEAL

Having considered the parties' arguments and the record, we conclude that the appealed-from order is not an appealable final judgment and that this court therefore lacks jurisdiction to consider this appeal. *Lee v. GNLV Corp.*, 116 Nev. 424, 426, 996 P.2d 416, 417 (2000) ("[A] final judgment is one that disposes of all the issues presented in the case, and leaves nothing for the future consideration of the court, except for post-judgment issues such as attorney's fees and costs."); *see Brown v. MHC Stagecoach, LLC*, 129 Nev. 343, 345, 301 P.3d 850, 851 (2013) (observing that this court has jurisdiction to consider appeals only when authorized by statute or court rule). Although the appealed-from order determines that appellants are liable for money damages to respondents, the order does not actually award an amount of damages and contemplates further proceedings to determine that amount. Until that determination is made, there is no judgment for respondents to enforce. *Cf. Simmons Self-Storage Partners, LLC v. Rib Roof, Inc.*, 127 Nev. 86, 90, 247 P.3d 1107, 1109 (2011) ("[A] judgment must confer some right that may be enforced without further orders of the court and which puts an end to the litigation." (alteration and internal quotation marks omitted)); *cf. Slaatte v. State*, 129 Nev. 219, 221-

21-11083

22, 298 P.3d 1170, 1171 (2013) (reinforcing the concept that a judgment that imposes restitution in an uncertain amount is not an appealable final judgment).  Accordingly, we

ORDER this appeal DISMISSED.

_____, J.
Cadish

_____, J.
Pickering

_____, J.
Herndon

cc: Hon. Stefany Miley, District Judge
   James J. Jimmerson, Settlement Judge
   The VerStandig Law Firm, LLC
   Texas School of Law
   Law Office of John Holiday
   Shumway Van
   Eighth District Court Clerk